UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| TAMMY MARIE JACOBSON, | Civil No. 6:15-CV-00532-AA |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**:

1. Under sentence four of 42 U.S.C. § 405(g), the Commissioner of Social Security's decision finding Plaintiff not disabled is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

2. On remand, the Appeals Council shall instruct the Administrative Law Judge to reevaluate the medical source opinions of record; reassess whether the claimant's medically determinable back impairments, mental impairments, and cognitive impairments are severe impairments for at least 12 consecutive months during the period at issue; evaluate the claimant's mental impairment(s) in accordance with the special technique described in 20 CFR 404.1520a; assess the claimant's residual functional capacity and provide rationale for the assessment; and complete the sequential disability evaluation process. As necessary, the Administrative Law Judge should obtain medical expert testimony to clarify the nature and severity of the claimant's impairments.

3. Plaintiff will be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon a timely and proper application to this Court.

4. The Court shall enter final judgment accordingly.

IT IS SO ORDERED this 23 day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Gerald J. Hill
GERALD J. HILL
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2274