MAX RAE
OSB No. 81344
maxrae.atty@comcast.net
P.O. Box 7790
Salem, OR 97303-0175
(503) 363-5424
Fax: (503) 363-5460
Attorney for Plaintiff, Tammy Marie Jacobson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TAMMY MARIE JACOBSON,**  Case No. 6:15-cv-00532-AA

    Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorneys' fees in the amount of $11,168.80 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $1,946.55. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney and to send to Plaintiff's attorney, Max Rae, at the address above, the balance of **$9,222.25,** minus any user fee. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 8 day of August, 2017.

_____
United States District Court Judge

Presented by:
s/ Max Rae, OSB 81344
(503) 363-5424
Attorney for Plaintiff, Tammy Marie Jacobson

ORDER - Page 1